UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WILLIAM LEAR,

    Plaintiff,

v.

D. AVILA, et al.,

    Defendants.

No. 2:17-cv-326-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

/////

---

[1] Plaintiff initially commenced this action in the Fresno division of the court. This action was opened when the magistrate judge assigned to the Fresno action severed plaintiff's claims against defendants Avila, Christensen, and Lewis, and transferred them to this court, while retaining plaintiff's claims against defendant Manasrah. ECF No. 9.

1

to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this order will result in dismissal of this action.

So ordered.

Dated: February 21, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2