# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WILLIAM LEAR,

    Plaintiff,

v.

D. AVILA, et al.,

    Defendants.

No. 2:17-cv-0326-JAM-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's May 18, 2018 order.

Plaintiff's request (ECF No. 46) is granted and plaintiff has 45 days from the date this order is served to file his amended complaint.

So ordered.

Dated: June 28, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE