UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>    v.<br><br>D. AVILA, et al.,<br><br>    Defendants. | No. 2:17-cv-326-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his third amended complaint pursuant to the court's May 22, 2019 order.

Plaintiff's request (ECF No. 53) is granted and plaintiff has 30 days from the date this order is served to file his third amended complaint.

So ordered.

Dated: June 26, 2019.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE