1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODERICK WILLIAM LEAR,                    Case No.   2:17-cv-00326-JAM-JDP (PC)

12              Plaintiff,                      ORDER GRANTING DEFENDANT'S
                                                MOTION TO OPT OUT OF EARLY
13       v.                                     SETTLEMENT CONFERENCE

14   CALIFORNIA DEPARTMENT OF                   ECF No. 68
     CORRECTIONS AND
15   REHABILITATION[1],

16              Defendant.

17

18          Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

19   under the Americans with Disabilities Act.  On December 2, 2020, defendant filed a motion to opt

20   out of the court's alternative dispute resolution program.  ECF No. 68.  Plaintiff has filed a

21   statement of non-opposition to the motion.  ECF No. 69.

22          Good cause appearing, defendant's motion is granted, ECF No. 68, and the January 5,

23   2021 settlement conference set in this case before Magistrate Judge Kendall J. Newman is

24   vacated.[2]

25          [1]  This action proceeds on the third amended complaint's claim against the California
     Department of Correction and Rehabilitation for violation of the Americans with Disabilities Act.
26   ECF Nos. 55, 61, 64.  Accordingly, the Clerk of the Court is directed to amend the case name to
     Lear v. California Department of Corrections and Rehabilitation, 2:17-cv-326-JAM-JDP.
27

28          [2]  This order has no impact on the other settlement conferences set before Judge Newman

1

IT IS SO ORDERED.

Dated:    December 17, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

in plaintiff's other cases.